# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS BETTANCOURT,<br><br>            Plaintiff,<br><br>      v.<br><br>AMERICAN AUTO FINANCING, INC., et al.,<br><br>            Defendants. | Case No.  1:16-cv-00923-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS AS TO DEFENDANT AMERICAN AUTO FINANCING INC. ONLY<br><br>(ECF No. 10)<br><br>DEADLINE:  October 3, 2016 |

On August 4, 2016, Plaintiff filed a notice that he has reached settlement with Defendant American Auto Financing, Inc.  (ECF No. 10.)  While the Court notes that the parties filed a stipulation to extend the time for Defendant American Auto Financing, Inc., to respond to the complaint on July 29, 2016, that request is now moot in light of Plaintiff's notice of settlement.

Accordingly, Plaintiff is HEREBY ORDERED to file dispositional documents as to Defendant American Auto Financing, Inc., on or before October 3, 2016.  All pending matters and dates as to Defendant American Auto Financing, Inc., are vacated.

IT IS SO ORDERED.

Dated:    **August 5, 2016**

                                                      UNITED STATES MAGISTRATE JUDGE

1