UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS B. BETTANCOURT,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN AUTO FINANCING, INC., and EXPERIAN SOLUTIONS, INC.,<br><br>  Defendants. | No. 1:16-cv-00923-DAD-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT AMERICAN AUTO FINANCING, INC.<br><br>(Doc. No. 15) |

On August 25, 2016, plaintiff filed a notice of voluntary dismissal with prejudice of defendant American Auto Financing, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear its own attorneys' fees and costs.  (Doc. No. 15.) American Auto Financing, Inc. has not filed a responsive pleading in this action.  In light of this, defendant American Auto Financing, Inc. has been terminated, *see* Federal Rule of Civil Procedure 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the court directs the Clerk of Court to terminate defendant American Auto Financing, Inc. from this action.

IT IS SO ORDERED.

Dated:   **August 29, 2016**                                  _Dale A. Drozd_
                                                                                            UNITED STATES DISTRICT JUDGE

1