1  Greg S. Martin (State Bar No. 294482)
   gmartin@jonesday.com
2  JONES DAY
   12265 El Camino Real
3  Suite 200
   San Diego, CA  92130.4096
4  Telephone:  +1.858.314.1200
   Facsimile:    +1.858.314.1150
5
   Attorneys for Defendant
6  EXPERIAN INFORMATION
   SOLUTIONS, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  LUIS A. BETTANCOURT,              | Case No.: 16-cv-00923-DAD-SAB

12              Plaintiff,            | **NOTICE OF SETTLEMENT**
                                        **BETWEEN PLAINTIFF AND**
13              v.                    | **DEFENDANT EXPERIAN**
                                        **INFORMATION SOLUTIONS,**
14  AMERICAN AUTO FINANCING,          | **INC.**
    INC. and EXPERIAN
15  INFORMATION SOLUTIONS, INC.,
16
17              Defendants.

18

19        PLEASE TAKE NOTICE THAT Plaintiff Luis A. Bettancourt ("Plaintiff")

20  and Defendant Experian Information Solutions, Inc. ("Experian") have reached an

21  agreement on all material terms required to settle all of Plaintiff's claims against

22  Experian in this pending action.

23        The parties anticipate that the performance of the terms of the settlement

24  agreement will be completed within ninety (60) days of the date this notice is filed

25  with the Court, at which time the parties shall file a request for dismissal of the

26  claims asserted against Experian.

27

28

1   Dated:  November 30, 2016                Respectfully submitted,

2                                            JONES DAY

3

4                                            By:/s/ Greg S. Martin[1]
                                                Greg S. Martin
5
                                                Attorneys for Defendant
6                                               EXPERIAN INFORMATION
                                                SOLUTIONS, INC.
7

8
    Dated:  November 30, 2016                Respectfully submitted,
9
                                             LAW OFFICE Of Clark Ovruchesky
10

11
                                             By:/s/ Clark Ovruchesky
12                                              Clark Ovruchesky

13                                              Attorneys for Plaintiff
                                                LUIS A. BETTANCOURT
14

15

16

17

18

19

20

21

22

23

24

25

26
    _____
27       [1] Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and
    Procedures Manual, I hereby certify that the content of this document is acceptable to Clark
28  Ovruchesky, counsel for Plaintiff, and that I have obtained his authorization to affix his electronic
    signature to this document.

## CERTIFICATE OF SERVICE

I, Greg S. Martin, declare:

I am a citizen of the United States and employed in San Diego, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 12265 El Camino Real, Suite 200, San Diego, California 92130. On November 30, 2016 I served a copy of:

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

by electronic transmission.

I am familiar with the United States District Court for the Eastern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Clark Ovruchesky
Law Office of Clark Ovruchesky
750 B St Ste 3300
San Diego, CA 92101
(619) 356-8960
Email: co@colawcalifornia.com
*Attorney for Plaintiff*

Executed on November 30, 2016, at San Diego, California.

*/s/ Greg S. Martin*
Greg S. Martin

NOTICE OF SETTLEMENT
Case No. 1:16-cv-00923-DAD-SAB