# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. BETTANCOURT,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN AUTO FINANCING, INC., et al.,<br><br>    Defendants. | Case No.  1:16-cv-00923-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 20)<br><br>MARCH 1, 2017 DEADLINE |

On November 30, 2016, the parties filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  (ECF No. 20.)

Accordingly, IT IS HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before March 1, 2017.

IT IS SO ORDERED.

Dated:   **December 1, 2016**                                                   
                                                              UNITED STATES MAGISTRATE JUDGE

1