**LAW OFFICE OF CLARK OVRUCHESKY**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
750 B. Street, Suite 3300
San Diego, California 92101
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorney for Plaintiff,*
LUIS A. BETTANCOURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. BETTANCOURT,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AUTO FINANCING, INC. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 16-cv-00923-DAD-SAB<br><br>STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE<br><br>HON. JUDGE DALE A. DROZD |

Plaintiff Luis A. Bettancourt (hereinafter "Plaintiff") and Defendant Experian Information Solutions, Inc. (hereinafter "Experian") (jointly hereinafter referred to as "the Parties"), hereby stipulate to dismiss Defendant Experian from the above-entitled action, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

---

**STIPULATION OF DISMISSAL**  PAGE 1 OF 2

| | |
|---|---|
| DATED: January 12, 2017 | Respectfully submitted, |
| | LAW OFFICE OF CLARK OVRUCHESKY |
| | By: /s/ Clark Ovruchesky |
| |     CLARK OVRUCHESKY, ESQ. |
| |     ATTORNEY FOR PLAINTIFF |
| DATED: January 12, 2017 | Respectfully submitted, |
| | JONES DAY |
| | By: /s/ Greg Martin |
| |     GREG MARTIN, ESQ. |
| |     ATTORNEY FOR PLAINTIFF |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: January 12, 2017                    **LAW OFFICE OF CLARK OVRUCHESKY**

                                                      By:      /s/ Clark Ovruchesky
                                                                   Clark Ovruchesky
                                                                   ATTORNEYS FOR PLAINTIFF

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Law Office of Clark Ovruchesky, 750 B. Street, Suite 3300, San Diego, California 92101. On January 12, 2017, I served the within document(s):

- **STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 12, 2017, at San Diego, California.

By: /s/ Clark Ovruchesky  
　　CLARK OVRUCHESKY, ESQ.  
　　ATTORNEY FOR PLAINTIFF

**PROOF OF SERVICE**