# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. BETTANCOURT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN AUTO FINANCING, INC. et al.,<br><br>　　　　Defendants. | Case No.  1:16-cv-00923-DAD-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE ACTION<br><br>(ECF No. 22) |

　　　　Plaintiff Luis A. Bettancourt filed this action against Defendants American Auto Financing, Inc. and Experian Information Solutions, Inc. on June 24, 2016.  (ECF No. 1.)  On August 29, 2016, Defendant American Auto Financing was dismissed from this action pursuant to Plaintiff's notice of voluntary dismissal.  (ECF Nos. 15, 16.)  On January 12, 2017, Plaintiff filed a stipulation dismissing this action against the only remaining defendant, Experian Information Solutions, Inc. with prejudice with each party to bear its own costs and fees.  Therefore, this action has been resolved in its entirety.  In light of the stipulation of the parties, this action has been terminated.  Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

/ / /

1  Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this
2  case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **January 13, 2017**

_____
UNITED STATES MAGISTRATE JUDGE